1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY JONES,                    )     No. C 15-2610 JSW (PR)
                                       )
                    Petitioner,        )     **ORDER OF DISMISSAL; GRANTING**
                                       )     **LEAVE TO PROCEED IN FORMA**
        vs.                            )     **PAUPERIS**
                                       )
JEFF MACUMBER, Warden,                 )
                                       )
                    Respondent.        )
                                       )     (Docket No. 3)
_____       )

        Petitioner, a prisoner of the State of California proceeding pro se, has filed a

habeas corpus petition pursuant to 28 U.S.C. § 2254.  He was convicted and sentenced in

Sonoma County Superior Court for possession of drugs.  He previously filed a habeas

petition in this Court challenging the same judgment, which petition was denied on its

merits.  *See Jones v. Adams*, No. C 06-4162 VRW (PR).

        In the present petition, he contends that he is entitled to relief, i.e. a shorter

sentence or immediate release, under California law, specifically California Proposition

36.  He also claims that the failure to re-sentence him under Proposition 36 violates his

federal constitutional rights.  Petitioner has been informed on prior occasions that in he

must first obtain from the United States Court of Appeals for the Ninth Circuit an order

authorizing this Court to consider a second or successive petition from him.  *See* 28

U.S.C. § 2244(b)(3)(A).  That is still the case.  He has not indicated that he has received

such authorization.

United States District Court

For the Northern District of California

1   Accordingly, the petition is DISMISSED without prejudice to filing his claims in

2   a new petition after he has obtained the necessary authorization from the United States

3   Court of Appeals.

   Petitioner's request to proceed in forma pauperis is GRANTED (dkt. 4).

   Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to

   rule on whether a Petitioner is entitled to a certificate of appealability in the same order

   in which the petition is decided.  No reasonable jurist would find this Court's denial of

   his claim on procedural grounds debatable or wrong.  *See Slack v. McDaniel*, 529 U.S.

   473, 484 (2000).  Consequently, no certificate of appealability is warranted in this case.

   The Clerk shall enter judgment and close the file.

   IT IS SO ORDERED.

DATED:  July 31, 2015

_____
JEFFREY S. WHITE
United States District Judge

2